No. 23-10921

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Reorganized Debtor/Plaintiff.

**NEXPOINT ASSET MANAGEMENT, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,**

**Appellant**

v.

**HIGHLAND CAPITAL MANAGEMENT, L.P.,**

**Appellee**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Civ. Act. No. 3:21-CV-0881-X

## CREDITOR DISCLOSURE STATEMENT

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Hayward PLLC |
| Jeffrey N. Pomerantz | Melissa S. Hayward |
| John A. Morris | Zachery Z. Annable |
| Gregory V. Demo | 10501 N. Central Expy, Ste. 106 |
| Hayley R. Winograd | Dallas, Texas 75231 |
| 10100 Santa Monica Blvd., 13th Floor | (972) 755-7100 |
| Los Angeles, CA 90067 | |
| (310) 277-6910 | |

*Counsel for Appellee*

## **BANKRUPTCY CREDITOR DISCLOSURE STATEMENT**

Appellee submits the following information:

1. **The Debtor:**

   Highland Capital Management, L.P.

2. **The members of the creditors' committee:**

   N/A (Committee dissolved as of Effective Date of Plan)

3. **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

   Appellant NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.

   Appellee Highland Capital Management, L.P.

4. **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:** None

5. Counsel to the parties/entities identified in (1) – (4):

   **Appellant:**

   NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.

   Attorneys for Appellant:
   Deborah Deitsch-Perez, Esq.
   Michael P. Aigen, Esq.
   STINSON LLP
   2200 Ross Avenue, Suite 2900
   Dallas, Texas 75201
   Telephone: (214) 560-2201
   Facsimile: (214) 560-2203

**Appellee:**

**Highland Capital Management, L.P.**

Counsel for Appellee:
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

| | |
|---|---|
| Dated: September 20, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Jeffrey N. Pomerantz*<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>John A. Morris (NY Bar No. 2405397)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail:  jpomerantz@pszjlaw.com<br>            jmorris@pszjlaw.com<br>            gdemo@pszjlaw.com<br>            hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Appellee Highland Capital Management, L.P.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2023, the foregoing document was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz
