Case No. 23-10921

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

In the Matter of: Highland Capital Management, L.P.,

Debtor,

Highland Capital Management, L.P.,

Appellee,

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,

Appellant.

# BANKRUPTCY CREDITOR DISCLOSURE

Appeal from the United States District Court for the
Northern District of Texas, the Honorable Brantley Starr

Civ. Act. No. 3:21-cv-00881-X

> Deborah Deitsch-Perez, Esq.
> Michael Aigen, Esq.
> **STINSON LLP**
> 2200 Ross Avenue, Suite 2900
> Dallas, TX 75201
> Telephone: (214) 560-2201
> Facsimile: (214) 560-2203

Davor Rukavina
Julian P. Vasek
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
(214) 855-7500 telephone
(214) 978-4375 facsimile

**ATTORNEYS FOR APPELLANT**

Pursuant to the Clerk's correspondence dated September 6, 2023, Appellants make the following disclosures:

**1.    Debtor/Appellee:**

Highland Capital Management, L.P.

**2.    Members of the Creditor's Committee / Counsel:**

None.  Pursuant to the Debtor's confirmed chapter 11 plan, the Committee has been dissolved.

**3.    Any entity that is an active participant in the proceeding before the Fifth Circuit:**

Appellant NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P.)

**4.    Any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:**

Highland Capital Management Services, Inc. (owner of Appellant NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P.))

**5.    Counsel to the parties/entities identified in (1)-(4):**

Counsel for Debtor/Appellee:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910

Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
mhayward@haywardfirm.com
Zachery Z. Annable
zannable@haywardfirm.com
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755-7108
Facsimile: (972) 755-7110

Counsel for Appellant:

STINSON LLP
Deborah Rose Deitsch-Perez
deborah.deitsch-perez@stinson.com
Michael P. Aigen
michael.aigen@stinson.com
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina
drukavina@munsch.com
Julian P. Vasek
jvasek@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

RESPECTFULLY SUBMITTED this 20th day of September, 2023.

**STINSON LLP**

By: /s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez, Esq.
Texas Bar No. 24036072
Michael Aigen, Esq.
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com

/s/ *Julian P. Vasek*
Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
(214) 855-7500 telephone
(214) 978-4375 facsimile
Email:  drukavina@munsch.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2023, I caused a true and a correct copy of the foregoing document to be served by the Court's ECF System upon parties entitled to notice thereof, including on counsel for the Appellee.

By: /s/*Deborah Deitsch-Perez*
Deborah Deitsch-Perez