# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10911    Highland Capital v. NexPoint Asset
                 USDC No. 3:21-CV-881
                 USDC No. 3:21-CV-880
                 USDC No. 3:21-CV-1010
                 USDC No. 3:21-CV-1378
                 USDC No. 3:21-CV-1379
                 USDC No. 3:21-CV-3160
                 USDC No. 3:21-CV-3162
                 USDC No. 3:21-CV-3179
                 USDC No. 3:21-CV-3207
                 USDC No. 3:22-CV-789

The court has granted the motion to consolidate.

The court has denied the motion for leave to file the principal brief in excess of the page limitations but not to exceed 100 pages for principal briefs and 30 pages for reply brief.

The court has denied the motion to stay the briefing schedules. A motion is required to supplement the record AFTER the briefing notice has issued.

We received your motion to (1) consolidate, (2) stay briefing schedule, and (3) extend length limits for briefs.  However, because the same exact motion was filed in the lead case (23-10911) it is not necessary to file the motion a second time in this case. We took no action on the motion filed in (23-10921). The motion filed in the lead case has been processed accordingly.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     *Roeshawn Johnson*
                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

Mr. Michael Philip Aigen
Mr. Zachery Z. Annable
Ms. Deborah Rose Deitsch-Perez
Mr. Gregory Vincent Demo
Ms. Melissa Sue Hayward

Ms. Karen S. Mitchell
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Davor Rukavina
Mr. Julian Preston Vasek
Ms. Hayley R. Winograd

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 23-10911

---

In the Matter of Highland Capital Management, L.P.

       Debtor

Highland Capital Management, L.P.,

       Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., formerly known as HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

       Appellants

---

In the Matter of Highland Capital Management, L.P.

       Debtor

James D. Dondero;

       Appellant

v.

Highland Capital Management, L.P.,

       Appellee

consolidated with

---

No. 23-10921

---

In the Matter of Highland Capital Management, L.P.
       Debtor

Highland Capital Management, L.P.,

       Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,

        Appellant