# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 26, 2024

Mr. Michael Philip Aigen
Stinson, L.L.P.
2200 Ross Avenue
Suite 2900
Dallas, TX 75201

Ms. Deborah Rose Deitsch-Perez
Stinson, L.L.P.
2200 Ross Avenue
Suite 2900
Dallas, TX 75201

Mr. Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 4000
Dallas, TX 75201

Mr. Julian Preston Vasek
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 4000
Dallas, TX 75201

```
     No. 23-10911   Highland Capital v. NexPoint Asset
                    USDC No. 3:21-CV-881
                    USDC No. 3:21-CV-880
                    USDC No. 3:21-CV-1010
                    USDC No. 3:21-CV-1378
                    USDC No. 3:21-CV-1379
                    USDC No. 3:21-CV-3160
                    USDC No. 3:21-CV-3162
                    USDC No. 3:21-CV-3179
                    USDC No. 3:21-CV-3207
                    USDC No. 3:22-CV-789
```

Consolidated with:

```
     No. 23-10921   Highland v. NexPoint
                    USDC No. 3:21-CV-881
```

```
USDC No. 3:21-CV-880
USDC No. 3:21-CV-1010
USDC No. 3:21-CV-1378
USDC No. 3:21-CV-1379
USDC No. 3:21-CV-3160
USDC No. 3:21-CV-3162
USDC No. 3:21-CV-3179
USDC No. 3:21-CV-3207
USDC No. 3:22-CV-789
```

Dear Mr. Aigen, Ms. Deitsch-Perez, Mr. Rukavina, Mr. Vasek,

Please be advised that the supplemental record has been filed in appeal no. 23-10911 and briefing has resumed in both appeals. The appellants' brief is due within thirty (30) days from the date on this notice.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Zachery Z. Annable
    Mr. Gregory Vincent Demo
    Ms. Melissa Sue Hayward
    Mr. John A. Morris
    Mr. Jeffrey N. Pomerantz
    Ms. Hayley R. Winograd

Case No. 23-10911

In the Matter of Highland Capital Management, L.P.

    Debtor

Highland Capital Management, L.P.,

    Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., formerly known as HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

    Appellants

---

In the Matter of Highland Capital Management, L.P.

    Debtor

James D. Dondero;

    Appellant

v.

Highland Capital Management, L.P.,

    Appellee

consolidated with

---

No. 23-10921

---

In the Matter of Highland Capital Management, L.P.
    Debtor

Highland Capital Management, L.P.,

    Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,

        Appellant